IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 5:13-CR-31-CAR |
| v. | VIOLATION: |
| | 18 U.S.C. § 152(2) |
| GEORGE ROBERT VITO | |
| | INDICTMENT |

THE GRAND JURY CHARGES:

## COUNT ONE
## (BANKRUPTCY FRAUD)

That on or about June 11, 2008, in the Macon Division of the Middle District of Georgia,

**GEORGE ROBERT VITO**

did knowingly and fraudulently make a false oath in a case under Title 11, to wit: after voluntarily filing a Chapter 7 bankruptcy petition, case number 08-51298, as the debtor in the United States Bankruptcy Court for the Middle District of Georgia on May 22, 2008, did file a Statement of Financial Affairs in connection with said chapter 7 bankruptcy petition in which he signed under penalty of perjury that the information provided therein was true and correct when in fact certain financial affairs and transactions of defendant, including assets, income for tax years 2006, 2007 and year to date 2008 prior to the filing of the petition and defendant's financial interests, control and ownership of certain corporations namely, Foot & Leg Centers of Georgia, P.C., Foot & Leg Centers of America, P.C., Georgia Foot & Ankle Society, Inc., FLCG, Inc., SFTA, Inc., Surgical Centers of Georgia, P.C., and A.S.A.M.I.-L.E., Inc.; Limited Liability Companies namely, EOI, LLC, L&V Properties, LLC, Business Solution Professionals, LLC, Medical Shoe Company, LLC, JRGG, LLC, SEBE, LLC, Identical Brothers, LLC, SLP Professionals, LLC and M.M. America, LLC and Trusts namely, GRV Irrevocable Trust and Tubone Irrevocable Trust had been intentionally omitted.

All in violation of Title 18, United States Code, Section 152(2).

## COUNT TWO
## (BANKRUPTCY FRAUD)

That on or about June 25, 2008, in the Macon Division of the Middle District of Georgia,

### GEORGE ROBERT VITO

did knowingly and fraudulently make a false oath in a case under Title 11 of the United States Code, to wit: after filing a Chapter 7 bankruptcy petition, in case number 08-51298, as the debtor in the United States Bankruptcy Court for the Middle District of Georgia on May 22, 2008, did testify at the Creditor's Meeting, 341A Hearing and assert that the said bankruptcy petition and the supporting schedules were true and correct and contained all assets and creditors of the debtor which was in fact not true.

All in violation of Title 18, United States Code, Section 152(2).

## COUNT THREE
## (BANKRUPTCY FRAUD)

That on or about July 10, 2008, in the Macon Division of the Middle District of Georgia,

### GEORGE ROBERT VITO

did knowingly and fraudulently make a false oath in a case under Title 11, to wit: after voluntarily filing a Chapter 7 bankruptcy petition, in case number 08-51298, as the debtor in the United States Bankruptcy Court for the Middle District of Georgia on May 22, 2008, did file an Amendment to Statement of Financial Affairs and Schedules in connection with said chapter 7 bankruptcy petition in which he signed under penalty of perjury that the information provided therein was true and correct when in fact the assets of debtor including cash, income, furniture, jewelry, land, including real property, and corporations had been intentionally omitted.

All in violation of Title 18, United States Code, Section 152(2).

## COUNT FOUR
## (BANKRUPTCY FRAUD)

That on or about July 16, 2008, in the Macon Division of the Middle District of Georgia,

**GEORGE ROBERT VITO**

did knowingly and fraudulently make a false oath in a case under Title 11 of the United States Code, to wit: after voluntarily filing a Chapter 7 bankruptcy petition, in case number 08-51298, and as the debtor in the United States Bankruptcy Court for the Middle District of Georgia on May 22, 2008, did testify at the Creditor's Meeting, 341A Hearing which had been continued from June 25, 2008 and asserted that the Schedule B of the Statement of Financial Affairs and Amended Statement of Financial Affairs which indicated that debtor owned furniture only valued at $5,000 and had no financial interest in a 2007 Volvo wagon, a 2007 Toyota Sienna and a 2008 Volvo were true and correct when in fact they were not.

A TRUE BILL.

_____
S/FOREPERSON OF THE GRAND JURY

PRESENTED BY:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

_____
VERDA M. COLVIN
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 11th day of April, AD 2013.

_____
Deputy Clerk