IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GEORGE ROBERT VITO,<br><br>          Defendant. | Case No. 5:13-CR-31(HL) |

### ORDER

On December 2, 2013, this case was transferred to the undersigned. The trial of this case is continued from the currently set date of January 21, 2014 to February 24, 2014. Jury selection will begin promptly at 9:00 a.m.

A pretrial conference and motions hearing will be held on February 10, 2014, beginning at 9:30 a.m. The following motions will be heard at that time: (1) Defendant's Motion to Dismiss Count One of the Indictment (Doc. 21); (2) Motion to Dismiss Count Two of the Indictment (Doc. 22); (3) Motion to Dismiss Count Three of the Indictment (Doc. 23); (4) Defendant's Motion to Dismiss Indictment Based Upon the Doctrine of Collateral Estoppel (Doc. 24); (5) Defendant's Motion to Exclude Involuntary Statements (Doc. 27); and (6) Defendant's Motion to Dismiss Indictment on Ground of Res Judicata (Doc. 33).

Any delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED**, this the 17th day of December, 2013.

                                            *s/ Hugh Lawson*
mbh                                         **HUGH LAWSON, SENIOR JUDGE**