IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 5:13-CR-31-HL |
| v. | : | |
| GEORGE ROBERT VITO | : | |

FILED
FEB 10 2014
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

### CHANGE OF PLEA

I, **GEORGE ROBERT VITO**, having been advised of my constitutional rights, and having had the charges herein stated to me, hereby withdraw my plea of not guilty previously entered, in the above stated case, and now plead guilty to Count Four of the Indictment in open Court this 10th day of February 2014. I also acknowledge the fact that the Court is required to consider any applicable sentencing guidelines when imposing sentence in this case.

This plea is entered pursuant to a written plea agreement, the terms of which are subject to acceptance or rejection by the Court at such time as the Court has considered a pre-sentence report.

_____
GEORGE ROBERT VITO
DEFENDANT

_____
DAVID WOLFE
ATTORNEY FOR DEFENDANT

_____
VERDA M. COLVIN
ASSISTANT UNITED STATES ATTORNEY