| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 5:13-CR-31-001(HL) |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 15CR0094G |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| George Robert Vito<br>15 Maier Circle<br>Spencerport, NY 14559 | Middle District of Georgia | MACON |
| | NAME OF SENTENCING JUDGE | |
| | Senior United States District Judge Hugh Lawson | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 05/13/2015 — TO 05/12/2018 |

**OFFENSE**
Bankruptcy Fraud, 18 U.S.C. § 152(2)

FILED
JUN 15 2015
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Western District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/15/15 — *Date*                     *Hugh Lawson*, United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/22/15 — *Effective Date*                     United States District Judge